Case 2:06-cr-00021-FVS   Document 130   Filed 07/23/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 23, 2015**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>CESAR SOLANO-HERNANDEZ | Case No: CR-06-21-FVS-1<br>USM No: |
| Date of Original Judgment: 07/25/2006<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Andrea K. George<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __135__ months **is reduced to** __120__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __07/25/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/23/2015                         *s/Fred Van Sickle*
                                                                 *Judge's signature*

Effective Date: 11/01/2015            The Honorable Fred L. Van Sickle   Senior Judge, U.S. District Court
*(if different from order date)*                      *Printed name and title*